IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE R. JONES                                                                              PLAINTIFF

V.                      CASE NO. 4:19-CV-227-BSM-BD

LUCAS EMBERTON                                        DEFENDANT

## ORDER

After careful review, United States Magistrate Judge Beth Deere's findings and partial recommendation [Doc. No. 27] are adopted, and Lucas Emberton's motion for summary judgment [Doc. No. 21] is granted as to Jesse Jones's claims that he was denied access to religious personnel, newspapers, and television, and that court date extensions were misused. These claims are dismissed without prejudice. Emberton's motion for summary judgment is denied as to Jones's claim that he was denied visitation.

IT IS SO ORDERED, this 26th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE