IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE R. JONES                                                                                    PLAINTIFF

V.                         CASE NO. 4:19-CV-227-BSM-BD

LUCAS EMBERTON                                                                           DEFENDANT

### RECOMMENDED DISPOSITION

I.  **Procedure for Filing Objections**

This Recommendation has been sent to Judge Brian S. Miller. Any party may file objections to this Recommendation if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

II. **Discussion**

Mr. Jones was an inmate at the Van Buren County Jail when he filed this civil rights lawsuit on April 4, 2019, without the help of a lawyer. (Docket entry #2) Mail sent to Mr. Jones from the Court was recently returned as "undeliverable," with a notation that he was "parole[d]." (#29) On December 18, the Court ordered Mr. Jones to notify the Court of his new address within 30 days or risk dismissal of his complaint. (#30) That order was returned to the Court, marked "undeliverable," on January 9. (#31) Local rules

require pro se plaintiffs, including Mr. Jones, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III. Conclusion

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice, based on his failure to comply with the December 18 Order and his failure to prosecute this lawsuit.

DATED this 21st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE