# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE R. JONES                                                                                          PLAINTIFF

V.                         CASE NO. 4:19-CV-227-BSM-BD

LUCAS EMBERTON, *et al.*                                                                          DEFENDANT

## ORDER

After careful review, United States Magistrate Beth Deere's recommended disposition [Doc. No. 32] is adopted, and this case is dismissed without prejudice.

Jesse Jones failed to update his address [Doc. No. 30].

IT IS SO ORDERED, this 19th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE